

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00328-CV

Michael **IDROGO**,
Appellant

v.

Sarah **GARRAHAN**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12389
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  July 29, 2015

DISMISSED FOR LACK OF JURISDICTION

On May 27, 2015, Michael Idrogo filed a notice of appeal. In his notice of appeal, he complains of the trial court failing to rule on his motion for default judgment. Nowhere in the notice of appeal does appellant refer to a final, appealable order signed by the trial court. *See* TEX. R. APP. P. 25.1(d); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (explaining that a judgment or order is final for purposes of appeal if it actually disposes of all pending parties and claims before the court). Nor does appellant point to an appealable interlocutory order. *See, e.g.,*

TEX. CIV. PRAC. & REM. CODE ANN. § 51.014. Thus, it does not appear from appellant's notice of appeal that we have jurisdiction over this appeal.

We therefore ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant filed a response to our order. However, his response does not point to an appealable order signed by the trial court. Therefore, we dismiss this appeal for lack of jurisdiction.

PER CURIAM